In the Matter of LOUIS C. WHITON and RALPH M. NEWMAN, Attorneys.— Proceedings dismissed. No opinion. Settle orders on notice.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of ROBERT LEWIS WARING, Appellant, for an Order Directing JOHN R. VOORHIS and CHARLES E. HEYDT, as President and Secretary, Respectively, of the Board of Elections of the City of New York, Respondents, to Accept and File the Independent Certificate of Nomination Nominating ROBERT L. WARING as an Independent Candidate for Assemblyman to Represent the Twenty-first Assembly District of the City of New York, Manhattan, at Albany, New York.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

BENO BORZYKOWSKI v. AMERICAN BORVISK COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

OMER FEIZI, etc., v. SECOND RUSSIAN INSURANCE COMPANY.— Motion for stay denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

SUPERIOR MOTOR GARAGE COMPANY, INC., v. MAX KAPLAN.— Motion for stay granted upon appellant giving security in the sum of $500 to cover costs and disbursements on appeal. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

In the Matter of GOLDWYN DISTRIBUTING CORPORATION.— Preference granted for November 10, 1921. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

In the Matter of the Application for an Order Requiring NEWCOMB CARLTON, President of the WESTERN UNION TELEGRAPH COMPANY, and Others to Appear and Testify under a Notice Issued from the First Circuit Court, Davidson County, Tennessee, in an Action Therein Pending between WESTERN UNION TELEGRAPH COMPANY, Plaintiff, and NASHVILLE, CHATTANOOGA AND ST. LOUIS RAILWAY and Others, Defendants. NASHVILLE, CHATTANOOGA AND ST. LOUIS RAILWAY, Appellant; WESTERN UNION TELEGRAPH COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

GEORGE L. BURGESS, Respondent, v. KNAPP & BAXTER, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.